UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JKLM PROPERTIES, LLC, et al.,<br><br>    Defendants. | Case No. 5:20-cv-01078-EJD<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR RELIEF FROM GENERAL ORDER 56**<br><br>Re: Dkt. No. 15 |

Before the Court is Defendant JKLM Properties, LLC's administrative motion for relief from General Order No. 56. *See* Defendant's Motion for Administrative Relief from General Order 56 ("Mot."), Dkt. 15. Plaintiff opposes Defendant's administrative motion. *See* Opposition, MFAR ("Opp,"), Dkt. 16.

General Order 56 requires the parties "to engage in a structured process designed to achieve early compliance with the ADA while minimizing the adversarial litigation process and concomitant fees." *Cullen v. Netflix, Inc.*, 2011 WL 13177618, at *1 (N.D. Cal. May 24, 2011) (quotation marks and citation omitted). The general order imposes an automatic stay on litigation proceedings and only allows a party to file a Rule 12(b) motion, unless the assigned judge orders otherwise. *See* N.D. Cal. General Order No. 56.

The Court respects the process established by General Order 56 to facilitate and expedite the cure of ADA violations. However, Defendant argues that this Court lacks subject-matter jurisdiction over the case and requests leave to file a motion for judgment on the pleadings based on the alleged lack of standing. *See* Mot. at 3. The threshold issue of standing should be resolved

as soon as possible.  Thus, in the interests of judicial economy and efficiency. the Court **GRANTS** Defendant's administrative motion for relief from General Order 56.  Defendant may file a motion for judgment on the pleadings.

**IT IS SO ORDERED.**

Dated: June 16, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-01078-EJD
ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR RELIEF FROM GENERAL ORDER 56
2